

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00715-CV

Yuli Deani **GARCIA** and Ramiro Bernard Garcia,
Appellants

v.

Brandon Wayne **SCHMALRIEDE** and Delivery Limited, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-18045
Honorable Tina Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellants, Yuli Deani Garcia and Ramiro Bernard Garcia.

SIGNED February 26, 2025.

_____
Rebeca C. Martinez, Chief Justice